THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL CLARK, | ) |
| | ) |
| | ) Cause: 1:19-cv-04180-JMS-TAB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY DAVIS, KINGS EXPRESS, INC., | ) |
| ALLEN FURRER, and CHERYL NEWELL | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

The parties, Michael Clark, *Plaintiff,* Jeffrey Davis/Kings Express, Inc, *Defendants,* Allen Furrer, *Defendant*, and Cheryl Newell, *Defendant*, each by their respective counsel, stipulate and agree to the dismissal, with prejudice, as against Allen Furrer and Cheryl Newell ONLY, each party bearing its own costs. Plaintiff's case against Defendants Jeffrey Davis and Kings Express, Inc. is specifically NOT dismissed and remains pending in all respects.

| | |
|---|---|
| **MANDEL HORN & RAUCH, P.C.** | **SCOPELITIS GARVIN LIGHT HANSON & FEARY** |
| By:_____ | By:_____ |
| Derek L. Mandel, # 13829-49 | Janis Steck |
| 704 Adams St., Suite F | 10 West Market Street, Suite 1400 |
| Carmel, IN 46032 | Indianapolis, IN 46204 |
| *Attorney for Defendant, Allen Furrer* | *Attorney for Defendants Kings Express,* |
| dmandel@mhmrlaw.com | *Inc. & Jeffrey Davis* |
| | jsteck@scopelitis.com |

| | |
|---|---|
| By:/s/Glenn A. Roberts<br>Glenn Andrew Roberts<br>GEICO Staff Counsel<br>3850 Priority Way South Drive, Suite 220<br>Indianapolis, IN  46240<br>*Attorney for Defendant Cheryl Newell*<br>groberts@geico.com | By:/s/Robert Montogmoery<br>Robert Montgomery<br>Attorney at Law<br>900 Ridge Road, Suite J<br>Munster, IN  46321<br>*Attorney for Plaintiff, Michael Clark*<br>rm@rmontlaw.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2020, this office electronically filed the foregoing with the Clerk of Court using the electronic filing system, which sent notification of such filing and document access links to the following:

| | |
|---|---|
| Janis Steck<br>SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY<br>10 West Market Street, Suite 1400<br>Indianapolis, IN  46204<br>Attorney for Defendants Kings Express, Inc. & Jeffrey Davis<br>jsteck@scopelitis.com<br><br><br>Glenn Andrew Roberts<br>GEICO STAFF COUNSEL<br>3850 Priority Way South Drive, Suite 220<br>Indianapolis, IN  46240<br>Attorney for Defendant Cheryl Newell<br>groberts@geico.com | Robert Montgomery<br>Attorney at Law<br>900 Ridge Road, Suite J<br>Munster, IN  46321<br>Attorney for Plaintiff, Michael Clark<br>rm@rmontlaw.com |

_____
Derek L. Mandel
dmandel@mhmrlaw.com

MANDEL HORN & RAUCH, P.C.
704 Adams Street, Suite F
Carmel, Indiana  46032

2